# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0302

VERSUS

MICHAEL S. NELSON                                     **JULY 5, 2022**

---

In Re:     Michael S. Nelson, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 458,757.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.**   Relator's allegations and the documents
attached to the writ application do not establish a *prima facie*
case of ineffective assistance of counsel at sentencing. See
**State v. Harris**, 2018-1012 (La. 7/9/20), 2020 WL 3867207.
Therefore, the district court did not err in denying the
application for postconviction relief.

                              PMc
                              JEW
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT